# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: January 29, 2024

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ANDREA FULLER, on behalf of her Minor Child, B.F., | * * * | UNPUBLISHED |
| Petitioner, | * * | No. 15-1470V |
| v. | * * | Special Master Dorsey |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * * * | Damages Award; Diphtheria-Tetanus-Acellular Pertussis ("DTaP") Vaccine; Measles Mumps Rubella ("MMR") Vaccine; |
| Respondent. | * * | Febrile Seizures; Epilepsy. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Curtis R. Webb, Monmouth, OR, for Petitioner.
Mary Eileen Holmes, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES BASED ON PROFFER[1]

On December 4, 2015, Andrea Fuller ("Petitioner"), on behalf of her minor child, B.F., filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2]  Petitioner alleged that as a result of receiving a diphtheria-tetanus-acellular-pertussis ("DTaP") vaccine on March 12, 2014, B.F. suffered from complex febrile seizures and developed epilepsy, and a measles mumps rubella ("MMR") vaccine B.F. received on September 18, 2014 significantly aggravated B.F.'s

---

1 Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services).  **This means the Decision will be available to anyone with access to the Internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

2 The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2018).  All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C. § 300aa.

condition.  Amended Petition ("Am. Petition") at 2 (ECF No. 132).  On December 17, 2019, the undersigned issued a ruling finding Petitioner entitled to compensation.  Ruling on Entitlement dated Dec. 17, 2019 (ECF No. 140).

On January 29, 2024, Respondent filed a Proffer on Award of Compensation ("Proffer"), attached hereto as Appendix A.  In the Proffer, Respondent represented that Petitioner agrees with the proffered award.  Proffer at 1-3.  Based on the record as a whole, the undersigned finds that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, the undersigned awards Petitioner:

**(1) A lump sum payment of $678,053.89, representing compensation for life care expenses in the first year after judgment ($58,710.52), partial lost future earnings ($404,343.37), and pain and suffering ($215,000.00), in the form of a check payable to Petitioner, as guardian(s)/ conservator(s) of the estate of B.F., for the benefit of B.F.**
**(2) A lump sum payment of $10,272.66, representing compensation for past unreimbursable expenses, in the form of a check payable to Petitioner, Andrea Fuller.**
**(3) An amount sufficient to purchase the annuity contract, subject to the conditions described in Section II.C., that will provide payments for the life care items contained in the life care plan, as illustrated by the chart at Tab A attached to the Proffer, paid to the life insurance company from which the annuity will be purchased.**

Proffer at 3-4.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____
                                                    )
ANDREA FULLER, on behalf of her          )
Minor Child, B.F.,                              )
                           Petitioner,          )
                                                    )
          v.                                      )        No. 15-1470V
                                                    )        Special Master Dorsey
SECRETARY OF THE DEPARTMENT OF    )        ECF
HEALTH AND HUMAN SERVICES,          )
                                                    )
                           Respondent.        )
_____)

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

On December 4, 2015, Andrea Fuller ("petitioner"), on behalf of her minor child, B.F.,

filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42

U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that as a result of receiving a

diphtheria-tetanus-acellular-pertussis ("DTaP") vaccine on March 12, 2014, B.F. suffered from

complex febrile seizures and developed epilepsy, and further alleging that a measles mumps

rubella ("MMR") vaccine B.F. received on September 18, 2014 significantly aggravated B.F.'s

condition.  Amended Petition at 2 (ECF No. 132).  On December 17, 2019, Special Master

Dorsey issued a Ruling on Entitlement in favor of petitioner.  ECF No. 142.  Respondent now

proffers the following regarding the amount of compensation to be awarded.[1]

---

[1]  The parties have no objection to the amount of the proffered award of damages.  However,
respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(f), to seek review of the Special
Master's December 17, 2019, Ruling on Entitlement, finding petitioner entitled to an award
under the Vaccine Act.  This right accrues following the issuance of the damages decision.

## I.   **Items of Compensation**

### A.   Life Care Items

Respondent engaged life care planner M. Virginia Walton, M.S.N., RN, FNP, CNLCP, and petitioner engaged Liz Kattman, M.S. and Helen Woodard, M.A., of ReEntry Rehabilitation Services, Inc., to provide an estimation of B.F.'s future vaccine-injury related needs.  For the purposes of this proffer, the term "vaccine related" is as described in the Special Master's December 17, 2019 Ruling on Entitlement.  All items of compensation identified in the life care plan are supported by the evidence and are illustrated by the chart entitled Appendix A: Items of Compensation for B.F., attached hereto as Tab A.[2]  Petitioner agrees.

### B.   Partial Lost Future Earnings

The parties agree that based upon the evidence of record, B.F. is not likely to be fully employed in the future.  Therefore, respondent proffers that B.F. should be awarded partial lost future earnings as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(3)(B).  Respondent proffers that the appropriate award for B.F.'s partial lost future earnings is $404,343.37. Petitioner agrees.

### C.   Pain and Suffering

Respondent proffers that B.F. should be awarded $215,000.00 in actual pain and suffering.  See 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

---

[2]  The chart at Tab A illustrates the annual benefits provided by the life care plan.  The annual benefit years run from the date of judgment up to the first anniversary of the date of judgment, and every year thereafter up to the anniversary of the date of judgment.

      D.    <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioner documents her expenditure of past unreimbursable expenses related to B.F.'s vaccine-related injury.  Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $10,272.66.  Petitioner agrees.

**II.**    **<u>Form of the Award</u>**

The parties recommend that the compensation provided to B.F. should be made through a combination of lump sum payments and future annuity payments as described below, and request that the Special Master's decision and the Court's judgment award the following:[3]

      A.  A lump sum payment of $678,053.89, representing compensation for life care expenses in the first year after judgment ($58,710.52), partial lost future earnings ($404,343.37), and pain and suffering ($215,000.00), in the form of a check payable to petitioner, as guardian(s)/ conservator(s) of the estate of B.F., for the benefit of B.F.  No payments shall be made until petitioner provides respondent with documentation establishing that she has been appointed as the guardian(s)/conservator(s) of B.F.'s estate.  If petitioner is not authorized by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of B.F., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of B.F. upon submission of written documentation of such appointment to the Secretary.

      B.  A lump sum payment of $10,272.66, representing compensation for past unreimbursable expenses, in the form of a check payable to petitioner, Andrea Fuller.

---

[3]  Should B.F. die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, lost future earnings, and future pain and suffering.

C.  An amount sufficient to purchase the annuity contract,[4] subject to the conditions described below, that will provide payments for the life care items contained in the life care plan, as illustrated by the chart at Tab A attached hereto, paid to the life insurance company[5] from which the annuity will be purchased.[6]  Compensation for Year Two (beginning on the first anniversary of the date of judgment) and all subsequent years shall be provided through respondent's purchase of an annuity, which annuity shall make payments directly to petitioner only so long as B.F. is alive at the time a particular payment is due.  At the Secretary's sole discretion, the periodic payments may be provided to petitioner in monthly, quarterly, annual or other installments.  The "annual amounts" set forth in the chart at Tab A describe only the total yearly sum to be paid to petitioner and do not require that the payment be made in one annual installment.

---

[4]  In respondent's discretion, respondent may purchase one or more annuity contracts from one or more life insurance companies.

[5]  The Life Insurance Company must have a minimum of $250,000,000 capital and surplus, exclusive of any mandatory security valuation reserve.  The Life Insurance Company must have one of the following ratings from two of the following rating organizations:

> a.  A. M. Best Company:  A++, A+, A+g, A+p, A+r, or A+s;
>
> b.  Moody's Investor Service Claims Paying Rating:  Aa3, Aa2, Aa1, or Aaa;
>
> c.  Standard and Poor's Corporation Insurer Claims-Paying Ability Rating:  AA-, AA, AA+, or AAA;
>
> d.  Fitch Credit Rating Company, Insurance Company Claims Paying Ability Rating:  AA-, AA, AA+, or AAA.

[6]  Petitioner authorizes the disclosure of certain documents filed by the petitioner in this case consistent with the Privacy Act and the routine uses described in the National Vaccine Injury Compensation Program System of Records, No. 09-15-0056.

1.       <u>Growth Rate</u>

Respondent proffers that a four percent (4%) growth rate should be applied to all non-medical life care items, and a five percent (5%) growth rate should be applied to all medical life care items.  Thus, the benefits illustrated in the chart at Tab A that are to be paid through annuity payments should grow as follows: four percent (4%) compounded annually from the date of judgment for non-medical items, and five percent (5%) compounded annually from the date of judgment for medical items.  Petitioner agrees.

2.       <u>Life-Contingent Annuity</u>

The petitioner will continue to receive the annuity payments from the Life Insurance Company only so long as B.F. is alive at the time that a particular payment is due.  Written notice shall be provided to the Secretary of Health and Human Services and the Life Insurance Company within twenty (20) days of B.F.'s death.

3.       <u>Guardianship</u>

No payments shall be made until petitioner provides respondent with documentation establishing that she has been appointed as the guardian(s)/conservator(s) of B.F.'s estate.  If petitioner is not authorized by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of B.F., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of B.F. upon submission of written documentation of such appointment to the Secretary.

**III.**  **Summary of Recommended Payments Following Judgment**

A.  Lump Sum paid to the court-appointed guardian(s)/
conservator(s) of the estate of B.F. for the benefit of B.F.:  **$678,053.89**

B.  Past unreimbursable expenses payable to petitioner:  **$ 10,272.66**

C.  An amount sufficient to purchase the annuity contract described
above in section II. C.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

DARRYL R. WISHARD
Assistant Director
Torts Branch, Civil Division

*/s/Mary E. Holmes*
MARY E. HOLMES
Trial Attorney
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-5022
Mary.E.Holmes@usdoj.gov

Dated:  January 29, 2024

**Appendix A:  Items of Compensation for B. F.**                    Page 1 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 | Compensation Year 2 | Compensation Year 3 | Compensation Year 4 | Compensation Year 5 | Compensation Year 6 | Compensation Year 7 | Compensation Year 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | 2,500.00 | 2,500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| ACA Premium | 5% | | M | | | | | | | | |
| ACA Deductible | 5% | | | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | | | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 |
| Neurologist | 5% | * | | | | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| Psychiatry | 5% | * | | | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Depakote | 5% | * | | | | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 |
| Diastat | 5% | * | | | | 159.40 | 159.40 | 159.40 | 159.40 | 159.40 | 159.40 |
| Clonazepam | 5% | * | | | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | | | 14.40 | 14.40 | 14.40 | 14.40 | 14.40 | 14.40 |
| Depakote Level | 5% | * | | | | 24.60 | 24.60 | 24.60 | 24.60 | 24.60 | 24.60 |
| CBC w/ Differential | 5% | * | | | | 13.80 | 13.80 | 13.80 | 13.80 | 13.80 | 13.80 |
| CMP | 5% | * | | | | 86.40 | 86.40 | 86.40 | 86.40 | 86.40 | 86.40 |
| EEG Sleep Deprived | 5% | * | | | | 107.50 | 107.50 | 107.50 | 107.50 | 107.50 | 107.50 |
| EEG | 5% | * | | | | | | 466.00 | | | |
| Respite Care | 4% | | M | 19,440.00 | 19,440.00 | 19,440.00 | 19,440.00 | 19,440.00 | 19,440.00 | 19,440.00 | |
| Aide Level Care | 4% | | M | 12,090.00 | 12,090.00 | 12,090.00 | 12,090.00 | 12,090.00 | 12,090.00 | 12,090.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | | | | | | | | 360.00 |
| Life Coaching | 4% | | M | | | | 6,600.00 | 6,600.00 | 6,600.00 | 13,200.00 | 13,200.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | | | 900.00 | 900.00 | 900.00 | 900.00 | 600.00 | 600.00 |
| Neuropsych Evaluation | 4% | * | | | | | 2,050.00 | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | 18,000.00 | 12,240.00 | | | | | | |

Appendix A:  Items of Compensation for B. F.                    Page 2 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 | Compensation Year 2 | Compensation Year 3 | Compensation Year 4 | Compensation Year 5 | Compensation Year 6 | Compensation Year 7 | Compensation Year 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| Tutoring | 4% | | M | 2,736.00 | 2,736.00 | 2,736.00 | 2,736.00 | 2,736.00 | 2,736.00 | 2,736.00 | 2,736.00 |
| Voc Rehab Assess | 4% | | | | | | | | 2,160.00 | | |
| Heavy Housekeeping | 4% | | M | | | | | | | | |
| Seizure Monitoring Watch | 4% | | | 249.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | 530.00 | | | | | 530.00 | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 10.00 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 146.52 | 146.52 | 146.52 | 146.52 | 146.52 | 146.52 | 146.52 | 146.52 |
| Partial Lost Future Earnings | | | | 404,343.37 | | | | | | | |
| Pain and Suffering | | | | 215,000.00 | | | | | | | |
| Past Unreimbursable Expenses | | | | 10,272.66 | | | | | | | |
| Annual Totals | | | | 688,326.55 | 52,247.85 | 39,655.45 | 48,305.45 | 46,721.45 | 48,945.45 | 52,555.45 | 43,953.45 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for B. F.**                                   Page 3 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 9 | Compensation Year 10 | Compensation Year 11 | Compensation Year 12 | Compensation Year 13 | Compensation Year 14 | Compensation Year 15 | Compensation Year 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 |
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | |
| ACA Premium | 5% | | M | | | | | | | | 4,019.64 |
| ACA Deductible | 5% | | | | | | | | | | 600.00 |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 62.50 | 37.50 |
| Neurologist | 5% | * | | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 40.00 |
| Psychiatry | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 160.00 |
| Depakote | 5% | * | | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 420.00 |
| Diastat | 5% | * | | 159.40 | 159.40 | 159.40 | 159.40 | 159.40 | 159.40 | 159.40 | 100.00 |
| Clonazepam | 5% | * | | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | 10.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 14.40 | 14.40 | 14.40 | 14.40 | 14.40 | 14.40 | 14.40 | 20.00 |
| Depakote Level | 5% | * | | 24.60 | 24.60 | 24.60 | 24.60 | 24.60 | 24.60 | 24.60 | 20.00 |
| CBC w/ Differential | 5% | * | | 13.80 | 13.80 | 13.80 | 13.80 | 13.80 | 13.80 | | 20.00 |
| CMP | 5% | * | | 86.40 | 86.40 | 86.40 | 86.40 | 86.40 | 86.40 | 86.40 | 20.00 |
| EEG Sleep Deprived | 5% | * | | 107.50 | 107.50 | 107.50 | 107.50 | 107.50 | 107.50 | | 350.00 |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 13,200.00 | 13,200.00 | 13,200.00 | 13,200.00 | 13,200.00 | 6,600.00 | 6,600.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 180.00 |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

**Appendix A:  Items of Compensation for B. F.**                      Page 4 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 9 2032 | Compensation Year 10 2033 | Compensation Year 11 2034 | Compensation Year 12 2035 | Compensation Year 13 2036 | Compensation Year 14 2037 | Compensation Year 15 2038 | Compensation Year 16 2039 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tutoring | 4% | | M | 2,736.00 | 2,736.00 | | | | | | |
| Voc Rehab Assess | 4% | | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 44,885.77 | 45,317.77 | 42,581.77 | 42,581.77 | 42,581.77 | 35,981.77 | 35,860.47 | 36,881.31 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for B. F.**                                         Page 5 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 17 2040 | Compensation Year 18 2041 | Compensation Year 19 2042 | Compensation Year 20 2043 | Compensation Year 21 2044 | Compensation Year 22 2045 | Compensation Year 23 2046 | Compensation Year 24 2047 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | | | | | | | | |
| ACA Premium | 5% | | M | 4,113.84 | 4,266.96 | 4,392.48 | 4,455.36 | 4,549.56 | 4,643.76 | 4,702.68 | 4,765.44 |
| ACA Deductible | 5% | | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 |
| Neurologist | 5% | * | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Psychiatry | 5% | * | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Depakote | 5% | * | | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 |
| Diastat | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Clonazepam | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Depakote Level | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| CBC w/ Differential | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| CMP | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| EEG Sleep Deprived | 5% | * | | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 | 180.00 |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

Appendix A:  Items of Compensation for B. F.                                                     Page 6 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 17 2040 | Compensation Year 18 2041 | Compensation Year 19 2042 | Compensation Year 20 2043 | Compensation Year 21 2044 | Compensation Year 22 2045 | Compensation Year 23 2046 | Compensation Year 24 2047 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tutoring | 4% | | M | | | | | | | | |
| Voc Rehab Assess | 4% | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 36,790.51 | 36,943.63 | 37,069.15 | 37,132.03 | 37,226.23 | 37,320.43 | 37,379.35 | 37,442.11 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

Appendix A:  Items of Compensation for B. F.                                    Page 7 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 25 2048 | Compensation Year 26 2049 | Compensation Year 27 2050 | Compensation Year 28 2051 | Compensation Year 29 2052 | Compensation Year 30 2053 | Compensation Year 31 2054 | Compensation Year 32 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | | | | | | | | |
| ACA Premium | 5% | | M | 4,796.88 | 4,828.20 | 4,859.64 | 4,891.08 | 4,953.84 | 5,016.72 | 5,110.92 | 5,201.16 |
| ACA Deductible | 5% | | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 |
| Neurologist | 5% | * | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Psychiatry | 5% | * | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Depakote | 5% | * | | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 |
| Diastat | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Clonazepam | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Depakote Level | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| CBC w/ Differential | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| CMP | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| EEG Sleep Deprived | 5% | * | | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 180.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

Appendix A:  Items of Compensation for B. F.                                                    Page 8 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 25 2048 | Compensation Year 26 2049 | Compensation Year 27 2050 | Compensation Year 28 2051 | Compensation Year 29 2052 | Compensation Year 30 2053 | Compensation Year 31 2054 | Compensation Year 32 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tutoring | 4% | | M | | | | | | | | |
| Voc Rehab Assess | 4% | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 37,473.55 | 37,399.87 | 37,431.31 | 37,462.75 | 37,525.51 | 37,588.39 | 37,682.59 | 37,772.83 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for B. F.**                                    Page 9 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 33 | Compensation Year 34 | Compensation Year 35 | Compensation Year 36 | Compensation Year 37 | Compensation Year 38 | Compensation Year 39 | Compensation Year 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 |
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | | | | | | | | |
| ACA Premium | 5% | | M | 5,326.80 | 5,483.76 | 5,668.32 | 5,888.16 | 6,135.36 | 6,418.08 | 6,696.72 | 7,010.76 |
| ACA Deductible | 5% | | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 |
| Neurologist | 5% | * | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Psychiatry | 5% | * | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Depakote | 5% | * | | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 |
| Diastat | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Clonazepam | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Depakote Level | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| CBC w/ Differential | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| CMP | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| EEG Sleep Deprived | 5% | * | | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

**Appendix A:  Items of Compensation for B. F.**                          Page 10 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 33 | Compensation Year 34 | Compensation Year 35 | Compensation Year 36 | Compensation Year 37 | Compensation Year 38 | Compensation Year 39 | Compensation Year 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 |
| Tutoring | 4% | | M | | | | | | | | |
| Voc Rehab Assess | 4% | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 37,898.47 | 38,055.43 | 38,239.99 | 38,459.83 | 38,707.03 | 38,989.75 | 39,268.39 | 39,582.43 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

Appendix A:  Items of Compensation for B. F.                                         Page 11 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 41 2064 | Compensation Year 42 2065 | Compensation Year 43 2066 | Compensation Year 44 2067 | Compensation Year 45 2068 | Compensation Year 46 2069 | Compensation Year 47 2070 | Compensation Year 48 2071 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | | | | | | | | |
| ACA Premium | 5% | | M | 7,320.84 | 7,662.36 | 8,007.84 | 8,380.80 | 8,753.64 | 9,158.04 | 9,566.28 | 10,002.00 |
| ACA Deductible | 5% | | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| Prmimary Care Physician | 5% | * | | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 |
| Neurologist | 5% | * | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 |
| Psychiatry | 5% | * | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Depakote | 5% | * | | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 |
| Diastat | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Clonazepam | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| Depakote Level | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| CBC w/ Differential | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 |
| CMP | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 |
| EEG Sleep Deprived | 5% | * | | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

**Appendix A:  Items of Compensation for B. F.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 41 2064 | Compensation Year 42 2065 | Compensation Year 43 2066 | Compensation Year 44 2067 | Compensation Year 45 2068 | Compensation Year 46 2069 | Compensation Year 47 2070 | Compensation Year 48 2071 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tutoring | 4% | | M | | | | | | | | |
| Voc Rehab Assess | 4% | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 39,892.51 | 40,234.03 | 40,579.51 | 40,952.47 | 41,325.31 | 41,729.71 | 42,137.95 | 42,573.67 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

Appendix A:  Items of Compensation for B. F.                                  Page 13 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 49 2072 | Compensation Year 50 2073 | Compensation Year 51 2074 | Compensation Year 52 2075 | Compensation Year 53 2076 | Compensation Year 54 2077 | Compensation Years 55-56 2078-2079 | Compensation Years 57-Life 2080-Life |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BlueCross Deductible/ Maximum out of Pocket | 5% | | | | | | | | | | |
| ACA Premium | 5% | | M | 10,217.88 | 10,653.60 | 11,030.40 | 11,277.72 | 11,587.80 | 11,775.96 | | |
| ACA Deductible | 5% | | | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | | |
| Medicare Part B Deductible | 5% | | | | | | | | | 240.00 | 240.00 |
| Medigap | 5% | | M | | | | | | | 2,412.00 | 2,412.00 |
| Medicare Part D | 5% | | M | | | | | | | 1,715.16 | 1,715.16 |
| Prmimary Care Physician | 5% | * | | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | 37.50 | | |
| Neurologist | 5% | * | | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | 40.00 | | |
| Psychiatry | 5% | * | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | | |
| Depakote | 5% | * | | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | | |
| Diastat | 5% | * | | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | | |
| Clonazepam | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | | |
| Luna OTC | 4% | | | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 | 127.00 |
| Lab Testing Draw Fee | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | | |
| Depakote Level | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | | |
| CBC w/ Differential | 5% | * | | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | | |
| CMP | 5% | * | | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | 20.00 | | |
| EEG Sleep Deprived | 5% | * | | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | 175.00 | | |
| EEG | 5% | * | | | | | | | | | |
| Respite Care | 4% | | M | | | | | | | | |
| Aide Level Care | 4% | | M | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 | 22,568.00 |
| Assistance for Transportation | 4% | | | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 |
| Life Coaching | 4% | | M | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 | 3,300.00 |
| Cognitive Behavioral Therapy | 4% | * | | | | | | | | | |
| Psychological Counseling | 4% | * | | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | 75.00 | | |
| Neuropsych Evaluation | 4% | * | | | | | | | | | |
| Case Management | 4% | | M | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 | 2,592.00 |
| Speech Therapy Evaluations & Speech Therapy | 4% | * | M | | | | | | | | |

Appendix A:  Items of Compensation for B. F.                                                          Page 14 of 14

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 49 2072 | Compensation Year 50 2073 | Compensation Year 51 2074 | Compensation Year 52 2075 | Compensation Year 53 2076 | Compensation Year 54 2077 | Compensation Years 55-56 2078-2079 | Compensation Years 57-Life 2080-Life |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tutoring | 4% | | M | | | | | | | | |
| Voc Rehab Assess | 4% | | | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | 432.00 | |
| Heavy Housekeeping | 4% | | M | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 | 1,080.00 |
| Seizure Monitoring Watch | 4% | | | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 | 83.00 |
| Seizure Monitoring Watch Monitoring | 4% | | | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 | 240.00 |
| Video Monitoring | 4% | | | | | | | | | | |
| Cooling Towels/Blankets/Fan | 4% | | | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Pill Box | 4% | | | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 | 3.33 |
| Medical Mileage | 4% | | | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 | 48.84 |
| Partial Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 42,789.55 | 43,225.27 | 43,602.07 | 43,849.39 | 44,159.47 | 44,347.63 | 35,251.33 | 34,819.33 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.
Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.
As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/
conservators(s) of the estate of B.F., for the benefit of B.F., for partial lost future earnings ($404,343.37),
pain and suffering ($215,000.00), and Yr 1 life care expenses ($58,710.52): $678,053.89.
As soon as practicable after entry of judgment, respondent shall make the following payment to petitioner, Andrea Fuller,
for past un-reimbursable expenses: $10,272.66.
Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.
Annual amounts shall increase at the rates indicated in column "G.R." above, compounded annually from the date of judgment.
Items denoted with an asterisk (*) covered by health insurance and/or Medicare.
Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.